UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-CHANGE OF PLEA

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only___

Case No. __CR 02-884 SVW__                    Date __September 30, 2002__

PRESENT: Hon. __STEPHEN V. WILSON, JUDGE__

| Paul Pierson | Lena Villegas | NA | Rod Castro-Silva |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Asst. U. S. Attorney |

USA v. (DEFENDANTS PRESENT):           ATTORNEYS PRESENT FOR DEFENDANTS:

__SHERMAN MARTIN AUSTIN__                __Ron Kaye, DFPD__
____custody  _X_ bond  ____O/R              _X_ appointed  ____retained

PROCEEDINGS:    CHANGE OF PLEA

_X_ Defendant moves to change plea to the Information.

_X_ Defendant sworn

_X_ Defendant now enters a new and different plea of Guilty to Single-Count Information.

____ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

____ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to _____ for sentencing.

____ Court orders _____

_X_ Other The Court does not accept the plea. Counsel are ordered to submit stipulation re excludable time so that trial may be set.

cc: Probation Office                                                  Initials of Deputy Clerk _PP_
Pretrial Svcs.
U.S Marshal

OCT 2 2002

CR-8  (9/97)                         CHANGE OF PLEA MINUTE ORDER